United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

United States District Court　　　　　　　　Southern District of Texas

| | | |
|---|---|---|
| Robert Ocanas, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-4965 |
| | § | |
| Ed Gonzalez, | § | |
|    Respondent. | § | |

Report and Recommendation

    Ocanas filed his petition for writ of habeas corpus on December 18, 2019. He was in pretrial detention at the Harris County Jail when he filed it. He claimed his continued pretrial detention violated his rights under the Fourth, Fifth and Sixth Amendments to the Constitution. He sought immediate release.

    According to public records, Ocanas pleaded guilty on December 19, 2019, and was sentenced to 180 days in the Harris County Jail. *See* Harris County District Clerk's Office website, available at: https://www.hcdistrictclerk.com (last visited January 6, 2020). Ocanas is no longer in pretrial detention and the petition does not seek any relief relating to his conviction or sentence. The constitutional issues raised in the petition are moot. *See Howard v. McGuire*, No. 4:18-CV-522-P, 2019 WL 4805949 (N.D. Tex. Oct. 1, 2019)

    Ocanas's mail from this court has been returned as undeliverable with a stamp saying that Ocanas is no longer in the custody of Harris County. (5,6) Thus, while he was in "custody" for purposes of 28 U.S.C. § 2254 when he filed his petition, because there are no continuing consequences to Ocanas based on his pretrial

detention, his release renders the petition moot. *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

The court therefore recommends that Ocanas's petition be dismissed as moot.

The parties have 14 days from service of this memorandum and recommendation to file written objections. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72.

Signed at Houston, Texas, on January 6, 2020.

_____
Peter Bray
United States Magistrate Judge