UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Robert Ocanas, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-4965 |
| | § | |
| Ed Gonzalez, | § | |
|    Respondent. | § | |

## Order of Adoption

On January 6, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (7) recommending that the court deny Robert Ocanas's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed February 10, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge